UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THERESA SCHMOHE,<br><br>    Plaintiff,<br>v.<br><br>PARALLON ENTERPRISES, LLC,<br><br>    Defendant. | Case No. 3:21-cv-00842<br><br>Judge William L. Campbell, Jr.<br>Magistrate Judge Alistair E. Newbern |

## **ORDER**

Magistrate Judge Joe Brown filed a report stating that the parties have resolved this matter. (Doc. No. 27.) The parties are ORDERED to make the necessary filings to terminate the action by January 20, 2023.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge