# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| THERESA SCHMOHE, | ) |
| | ) |
| Plaintiff, | ) Case No. 3:21-cv-00842 |
| | ) |
| v. | ) JUDGE CAMPBELL |
| | ) MAGISTRATE JUDGE NEWBERN |
| PARALLON ENTERPRISES, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Court has been advised that this action is settled. (Doc. No. 27). Accordingly, this case is administratively closed. On or before January 31, 2023, the parties shall submit a proposed agreed order of compromise and dismissal or stipulation of dismissal. Absent the aforementioned filing or other filing from a party, this case will be dismissed with prejudice after that date.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE